UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LORCEN BURROUGHS,

        Plaintiff,

 -v-              9:18-CV-679
                 (DNH/ATB)

WOODS, Sergeant, Clinton Correctional Facility;
SHATTUCK, Corrections Sergeant, Upstate
Correctional Facility; JANE DOE #3, Nurse,
Upstate Correctional Facility; JOHN DOE #4,
NYS Police Investigator; JOHN/JANE DOE #5,
Corrections Officer, Emergency Response
Younger Officer; JOHN DOE #6, Corrections
Officer, Emergency Response Older Officer; and
JOHN DOE #7, Investigator, Office of Special
Investigations,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

LORCEN BURROUGHS
Plaintiff pro se
811 Carter Street
Rochester, NY 14621

HON. LETITIA JAMES         KONSTANDINOS D. LERIS, ESQ.
Attorney General for the State of New York  Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Lorcen Burroughs brought this civil rights action pursuant to 42 U.S.C. § 1983. On September 3, 2019, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion to dismiss for failure to prosecute and as a discovery sanction be granted, and that plaintiff's Complaint be dismissed in its entirety. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion to dismiss for failure to prosecute and as a discovery sanction is GRANTED;

2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE; and

3. The Clerk is directed to enter judgment accordingly and close the file.

_____
United States District Judge

Dated: September 30, 2019
Utica, New York.

- 2 -